ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | No. | 7-21CR-008-O |
| RICKY DALE HOWARD (01) | | |

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Sexual Exploitation of a Child
(Violation of 18 U.S.C. §§ 2251(a) and (e))

Between on or about July 30, 2010, and on or about March 15, 2012, in the Wichita Falls Division of the Northern District of Texas, defendant **Ricky Dale Howard** did employ, use, persuade, induce, entice and coerce a minor, MV1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and the visual depiction was actually transported using any means and facility of interstate and foreign commerce and mailed.

Specifically, **Howard** used an Acer laptop computer, serial number LXPWJ020010171DE3B1601, to produce the following visual depiction of a minor engaged in sexually explicit conduct:

| File Name | Description of File |
|---|---|
| Carved [23962575].jpeg | MV1 is lying on his back, nude, with his genitals exposed in a lewd and lascivious manner. Ricky Howard's hand is on MV1's erect penis. |
| Carved [13958737].jpeg | MV1 is lying on his back, nude, with his genitals exposed in a lewd and lascivious manner while Ricky Howard bends over towards MV1's erect penis. |

In violation of 18 U.S.C. §§ 2251(a) and (e).

## Count Two
### Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about March 2, 2012, in the Wichita Falls Division of the Northern District of Texas, defendant **Ricky Dale Howard** did knowingly receive an item of child pornography using any means and facility of interstate and foreign commerce that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Howard** used the Internet and an Acer laptop computer, serial number LXPWJ020010171DE3B1601, to receive the following described file depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File | Description of the image |
|---|---|
| Carved [20070985].jpeg | This file depicts a minor male nude from the waist down with his genitals displayed in a lewd and lascivious manner. |
| Carved [12063928].jpeg | This image depicts two prepubescent males, completely nude, with their hands touching the other male's penis, in a lewd and lascivious manner. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

## Count Three
### Possession of Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

On or about September 1, 2015, in the Wichita Falls Division of the Northern District of Texas, defendant **Ricky Dale Howard**, did knowingly possess any material that contained an image of child pornography that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer,  Specifically, **Howard**, possessed an Acer laptop computer, serial number LXPWJ020010171DE3B1601, containing the following described files of minors, to include visual depictions of a prepubescent minor, engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(8)(A):

| File Designation | Description of File |
| --- | --- |
| Carved [20015856].jpeg | This image depicts an adult male with his mouth on the penis of a prepubescent male who is displaying his middle finger at the camera. |
| Carved [13171558].jpeg | This image depicts an adult male with his mouth on the penis of a prepubescent male. |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## Count Four
### Accessing Child Pornography
(Violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2))

On or about July 19, 2013, in the Wichita Falls Division of the Northern District of Texas, defendant **Ricky Dale Howard** did knowingly access with intent to view an item that contained an image of child pornography that has been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

Specifically, **Howard** used the Internet and a Western Digital hard drive, serial number WCASY7950929, to access with intent to view the following described files of minors, to include visual depictions of a prepubescent minor, engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(8)(A):

| File Designation | Description of File |
| --- | --- |
| 103f7d2036[redacted].jpg | This file depicts a prepubescent male lying back while a second prepubescent male has his mouth on the penis of the prepubescent male lying back. |
| 31f1da1604[redacted].jpg | This file depicts a prepubescent male's penis in the hand of another person, and the prepubescent male's penis is displayed in a lewd and lascivious manner. |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
BRANDIE WADE
Assistant United States Attorney
State Bar of Texas No. 24058350
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Brandie.Wade@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

THE UNITED STATES OF AMERICA

v.

RICKY DALE HOWARD (01)

INDICTMENT

18 U.S.C. §§ 2251(a) and (e)
Sexual Exploitation of a Child
Count 1

18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)
Receipt of Child Pornography
Count 2

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
Possession of Child Pornography
Count 3

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
Accessing Child Pornography
Count 4

A true bill rendered

FOREPERSON

FORT WORTH

Filed in open court this 12th day of May, 2021.

**In Custody.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 7:21-MJ-008