IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF TEXAS FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | Cause No. 7:21-CR-0008-O |
| RICKY DALE HOWARD | | |

## DEFENDANT HOWARD'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Ricky Howard or qualified witness | R.H. in blue shirt holding baby | _____ | _____ | _____ |
| 2. | Ricky Howard or qualified witness | R.H. in blue/white shirt holding toddler | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 3. | Ricky Howard or qualified witness | R.H. wearing camo baseball hat | _____ | _____ | _____ |
| 4. | Ricky Howard or qualified witness | R.H. in green shirt with baby on 3/04/06 | _____ | _____ | _____ |
| 5. | Ricky Howard or qualified witness | R.H. seated in armchair | _____ | _____ | _____ |
| 6. | Ricky Howard or qualified witness | R.H. holding baby in kitchen | _____ | _____ | _____ |
| 7. | Ricky Howard or qualified witness. | R.H. with sons on couch | _____ | _____ | _____ |
| 8. | Ricky Howard or qualified witness | R.H. with sister | _____ | _____ | _____ |
| 9. | Ricky Howard or qualified witness | R.H. with family in front of tree | _____ | _____ | _____ |
| 10. | Ricky Howard or qualified witness | R.H. reading book | _____ | _____ | _____ |
| 11. | Ricky Howard or qualified witness | R.H. in front of lockers | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 12. | Ricky Howard or qualified witness | R.H. with family | _____ | _____ | _____ |
| 13. | Ricky Howard or qualified witness | R.H. in red/white shirt | _____ | _____ | _____ |
| 14. | Ricky Howard or qualified witness | R.H. on 4-wheeler | _____ | _____ | _____ |
| 15. | Ricky Howard or qualified witness | R.H. on family vacation | _____ | _____ | _____ |
| 16. | Ricky Howard or qualified witness | R.H. with wife | _____ | _____ | _____ |
| 17. | Ricky Howard or qualified witness | R.H. reading in armchair | _____ | _____ | _____ |
| 18. | Ricky Howard or qualified witness | R.H. on Christmas | _____ | _____ | _____ |
| 19. | Ricky Howard or qualified witness | R.H. holding son | _____ | _____ | _____ |
| 20. | Ricky Howard or qualified witness | R.H. playing cards | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 21. | Ricky Howard or qualified witness | R.H. holding baby kissing him | _____ | _____ | _____ |
| 22. | Ricky Howard or qualified witness | R.H. with family around table | _____ | _____ | _____ |
| 23. | Ricky Howard or qualified witness | R.H. as child on on Christmas | _____ | _____ | _____ |
| 24. | Ricky Howard or qualified witness | Rocky Stevenson with child | _____ | _____ | _____ |
| 25. | Lee Whitfield | Curriculum Vitae | _____ | _____ | _____ |
| 26. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 46 | _____ | _____ | _____ |
| 27. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 48 | _____ | _____ | _____ |
| 28. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 49 | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 29. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 51 | _____ | _____ | _____ |
| 30. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 53 | _____ | _____ | _____ |
| 31. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 112 | _____ | _____ | _____ |
| 32. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 114 | _____ | _____ | _____ |
| 33. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 116 | _____ | _____ | _____ |
| 34. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 118 | _____ | _____ | _____ |
| 35. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 120 | _____ | _____ | _____ |

| | | | | | |
|---|---|---|---|---|---|
| 36. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 122 | _____ | _____ | _____ |
| 37. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 124 | _____ | _____ | _____ |
| 38. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 126 | _____ | _____ | _____ |
| 39. | Lee Whitfield or qualified witness | Det. Brandon Poor's Digital Forensic Report pg. 128 | _____ | _____ | _____ |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021 the foregoing exhibit list was filed with the U.S. District Clerk by ECF transmission, which was electronically copied to the Assistant United States Attorney assigned to this matter. A binder containing these materials will be provided to the Government on July 16, 2021, and to the Court on July 19, 2021, prior to jury selection.

BY:   /s/ Benson Varghese