IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 7:21-CR-008-O |
| RICKY DALE HOWARD (01) | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | T. Diehl | Map | | | |
| 2. | T. Diehl | Map | | | |
| 3. | T. Diehl | Family Photo | | | |
| 4. | T. Diehl | Photographs | | | |
| 5. | T. Diehl | Handwritten Notes by Howard | | | |
| 6. | T. Diehl | Audio Recording of Howard | | | |
| 7. | T. Diehl | Photographs of MV1 | | | |
| 8. | T. Diehl | Photographs of MV1 | | | |
| 9. | T. Diehl | Photographs of MV1 | | | |
| 10. | T. Diehl | Photographs of MV1 | | | |
| 11. | T. Diehl | Photographs of MV1 | | | |
| 12. | T. Diehl | Photographs of MV1 | | | |
| 13. | T. Diehl | Photographs of MV1 | | | |
| 14. | T. Diehl | Photograph of camper | | | |
| 15a. | T. Diehl | Photograph of MV1 | | | |
| 15b. | T. Diehl | Photograph of MV1 | | | |
| 15c. | T. Diehl | Photograph of MV1 | | | |
| 15d. | T. Diehl | Photograph of MV1 | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 15e. | T. Diehl | Photograph of MV1 | | | |
| 16. | Kent Holcomb | Written Statement | | | |
| 17. | Kent Holcomb | Photographs of Howard Home Place | | | |
| 18. | Kent Holcomb | Aerial Photograph | | | |
| 19. | Kent Holcomb | Camper Photographs | | | |
| 20. | Kent Holcomb | Photograph of MV1 | | | |
| 21. | Sean Braun | Records | | | |
| 22. | B. S. | Photograph | | | |
| 23. | B. S. | Photographs | | | |
| 24. | R.L.F. | Photograph | | | |
| 25. | T. Howard | Photographs | | | |
| 26. | T. Howard | Photographs | | | |
| 27. | T. Howard | Photographs | | | |
| 28. | T. Howard | Photograph | | | |
| 29a. | T. Howard | Photograph | | | |
| 29b. | T. Howard | Photograph | | | |
| 29c. | T. Howard | Photograph | | | |
| 29d. | T. Howard | Photograph | | | |
| 30. | K. Howard | Photograph | | | |
| 31. | K. Howard | Photographs | | | |
| 32. | K. Howard | Consent to Search | | | |
| 33. | K. Howard | Photograph | | | |
| 34a. | K. Howard | Photograph | | | |
| 34b. | K. Howard | Photograph | | | |
| 35. | C. Howard | Photograph | | | |
| 36a. | C. Howard | Photograph | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 36b. | C. Howard | Photograph | | | |
| 36c. | C. Howard | Photograph | | | |
| 37. | Kevin Benton | Photographs | | | |
| 38. | Kevin Benton | Photographs | | | |
| 39. | S. D. | Photograph | | | |
| 40. | S. D. | Photographs | | | |
| 41. | C. G. | Photograph | | | |
| 42. | Sean Braun | Curriculum Vitae | | | |
| 43. | Syretha McLeod-Long | Curriculum Vitae | | | |
| 44. | Syretha McLeod-Long | Report 1 | | | |
| 45. | Syretha McLeod-Long | Report 2 | | | |
| 46. | Syretha McLeod-Long | Reports | | | |
| 47. | Brandon Poor | Curriculum Vitae | | | |
| 48. | Self-Authenticating | 902 (14) Certificate | | | |
| 49. | Self-Authenticating | 902 (14) Certificate | | | |
| 50. | Kent Holcomb | Photograph | | | |
| 51. | Kent Holcomb | Photograph | | | |
| 52. | Kent Holcomb | Photograph | | | |
| 53a. | Brandon Poor | Forensic Report | | | |
| 53b. | Brandon Poor | Excerpts | | | |
| 53c. | Brandon Poor | Excerpts | | | |
| 54a. | Brandon Poor | Gateway Video | | | |
| 54b. | Brandon Poor | Excerpts | | | |

**Government's Exhibit List – Page 3**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 54c. | Brandon Poor | Excerpts | | | |
| 54d. | Brandon Poor | Excerpts | | | |
| 54e. | Brandon Poor | Excerpts | | | |
| 54f. | Brandon Poor | Excerpts | | | |
| 54g. | Brandon Poor | Excerpts | | | |
| 55a. | Brandon Poor | Gateway All Tagged Images Report | | | |
| 55b. | Brandon Poor | Excerpts | | | |
| 55c. | Brandon Poor | Excerpts | | | |
| 56. | Brandon Poor | Hard drive with Raw Data | | | |
| 57. | Brandon Poor | Freenet Exhibit on Gateway | | | |
| 58. | Brandon Poor | Image with Information Count 4 – Image 1 (Gateway) | | | |
| 59. | Brandon Poor | Image with Information Count 4 – Image 2 (Gateway) | | | |
| 60. | Brandon Poor | Image with Information Count 1 – Image 1 (Gateway) | | | |
| 61a. | Brandon Poor | Image with Information Count 1 – Image 3 (Gateway) | | | |
| 61b. | Brandon Poor | Information for same image different location on Gateway | | | |
| 62a. | Brandon Poor | Acer Video | | | |
| 62b. | Brandon Poor | Excerpt | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 62c. | Brandon Poor | Excerpt | | | |
| 62d. | Brandon Poor | Excerpt | | | |
| 62e. | Brandon Poor | Excerpt | | | |
| 62f. | Brandon Poor | Excerpt | | | |
| 63a. | Brandon Poor | All tagged images Acer report | | | |
| 63b. | Brandon Poor | Excerpt | | | |
| 63c. | Brandon Poor | Excerpt | | | |
| 63d. | Brandon Poor | Excerpt | | | |
| 63e. | Brandon Poor | Excerpt | | | |
| 63f. | Brandon Poor | Excerpt | | | |
| 64. | Brandon Poor | Acer Freenet Information | | | |
| 65. | Brandon Poor | Image with information Count 2 – Image 1 (Acer) | | | |
| 66. | Brandon Poor | Image with information Count 2 – Image 2 (Acer) | | | |
| 67. | Brandon Poor | Image with information Count 3 – Image 1 (Acer) | | | |
| 68. | Brandon Poor | Image with information Count 3 – Image 2 (Acer) | | | |
| 69. | Brandon Poor | Image with information of MV1, series (Acer) | | | |
| 70. | Brandon Poor | Image with information of MV1, series (Acer) | | | |
| 71. | Brandon Poor | Image with information Count 1 – Image 1 (Acer) | | | |
| 72. | Brandon Poor | Image with information Count 1 – Image 2 (Acer) | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 73. | Brandon Poor | Image with information Count 1 – Image 3 (Acer) | | | |
| 74a. | Brandon Poor | Graphics | | | |
| 74b. | Brandon Poor | Graphics | | | |
| 75. | RESERVED | RESERVED | | | |
| 76. | RESERVED | RESERVED | | | |
| 77. | RESERVED | RESERVED | | | |
| 78. | RESERVED | RESERVED | | | |
| 79. | RESERVED | RESERVED | | | |
| 80. | RESERVED | RESERVED | | | |
| 81. | RESERVED | RESERVED | | | |
| 82. | RESERVED | RESERVED | | | |
| 83. | RESERVED | RESERVED | | | |
| 84. | RESERVED | RESERVED | | | |

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*/s/ Brandie Wade*
BRANDIE WADE
Assistant United States Attorney
Texas State Bar No. 24058350
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2021, the foregoing document was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:  Christy Jack, Letty Martinez, and Benson Varghese.

                                                  */s/ Brandie Wade*
                                                  BRANDIE WADE
                                                  Assistant United States Attorney